IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRED C. ROBERTS,<br><br>            Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>            Defendant. | **8:17CV315**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The parties' joint motion, (Filing No. 21), is granted, and progression of this case is stayed pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on August 21, 2018 at 10:00 a.m. to discuss Plaintiff's medical status and his ability to actively pursue this case. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 13), to participate in the call.

May 16, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge