IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FRED C. ROBERTS, | |
|---|---|
| Plaintiff, | **8:17CV315** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | **ORDER** |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED:

1) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is September 21, 2018. Motions to compel such discovery must be filed by October 5, 2018. **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) As to the issue of liability, the deposition deadline is November 23, 2018.

3) As to the issue of liability, the deadline for filing motions to dismiss and motions for summary judgment is November 30, 2018.

4) If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to discuss further case progression, including the scheduling of the pretrial conference and trial.

5) The clerk shall set an internal case management deadline of March 4, 2019 for the court's review of this lawsuit.

August 21, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge